IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

**JAMES EDWARD MOORE,**

      **Plaintiff,**

v.                          **CIVIL ACTION NO.: 4:17-cv-00144-AWA-LRL**

**CURTISS-WRIGHT CORPORATION, et al.,**

      **Defendants.**

---

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW, Plaintiff, James Edward Moore (hereinafter "Moore") and the Defendant, UNION CARBIDE CORPORATION (hereinafter "Settled Defendant"), by and through their respective counsel, and represent to the Court that all matters in controversy between Moore and the Settled Defendant have been resolved and compromised, and they accordingly stipulate that this action be dismissed pursuant to Federal Rule of Civil Procedure 41, as against the Settled Defendant. This Joint Stipulation of Dismissal shall apply only to the Settled Defendant. Each party shall bear its own costs and attorneys' fees in this matter. This lawsuit shall continue against all other defendants not specifically named herein.

                                              Respectfully submitted,

                                              This 10th day of June, 2019.

*WE ASK FOR THIS:*


By:         */s/ Erin E. Jewell, Esq.*
Erin E. Jewell, Esq. (VSB # 71082)
William W.C. Harty, Esq. (VSB # 45447)
Robert R. Hatten, Esq. (VSB # 12854)
Hugh B. McCormick, III, Esq. (VSB # 37513)
Gary M. DiMuzio, Esq. (*admitted pro hac vice*)
Jeannette M. Dodson-O'Connell (VSB# 92206)
Spencer Reiss, Esq. (VSB# 92475)
PATTEN, WORNOM, HATTEN & DIAMONSTEIN, L.C.
12350 Jefferson Avenue - Suite 300
Newport News, VA 23602
(757) 223-4500 Telephone
(757) 249-3242 Facsimile
ejewell@pwhd.com
pleadings@pwhd.com
***Counsel for Plaintiff***


By:   */s/ James D. Turrietta, Esq.*
James D. Turrietta, Esq.
STACKHOUSE, NEXSEN & TURRIETTA PLLC
4505 Colley Avenue
Norfolk, VA 23508
(757) 623-3555 Telephone
(757) 624-9245 Facsimile
dturrietta@sntlegal.com

*and*

By:   */s/ James G. Kennedy, Esq.*
James G. Kennedy, Esq. (*admitted pro hac vice*)
Carl E. Pierce, II, Esq.
William P. Early, Esq.
PIERCE, HERNS, SLOAN & WILSON, LLC
The Blake House
321 East Bay Street
Charleston, SC 29401
jameskennedy@piercesloan.com
carlpierce@piercesloan.com
willearly@piercesloan.com

***Counsel for Union Carbide Corporation***

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of June, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

| | |
|---|---|
| Lynn K. Brugh, IV<br>**WILLIAMS MULLEN (Richmond)**<br>200 South 10th Street<br>16th Floor<br>Richmond, VA 23219 | *Counsel for Curtiss-Wright Corporation, c/o The Corporation Trust Company*<br><br>*Counsel for Honeywell International, Inc.* |
| Richard Thomas Radcliffe, Jr.<br>**DEHAY & ELLISTON, LLP**<br>36 S. Charles Street, 13th Floor<br>Baltimore, MD 21201 | *Counsel for Dana Companies, LLC* |
| Brian J. Schneider<br>Eric G. Reeves<br>Martin A. Conn<br>Lisa M. McMurdo<br>Mary L. Roberts<br>**MORAN REEVES & CONN PC**<br>100 Shockoe Slip, 4th Floor<br>Richmond, VA 23219 | *Counsel for The Boeing Company, individually and as successor in interest to McDonnell Douglas Corporation and Boeing North America* |
| Timothy S. Brunick<br>Marilyn N. Harvey<br>**CLARKE, DOLPH, HULL & BRUNICK PLC**<br>5712 Cleveland Street, Suite 130<br>Virginia Beach, VA 23462 | *Counsel for IMO Industries, Inc., individually and as successor-in-interest, parent, alter ego, and equitable trustee to ADELL WIGGINS, ADEL FASTENERS, and WIGGINS CONNECTORS* |
| James G. Kennedy<br>Elizabeth Taylor<br>**PIERCE, HERNS, SLOAN & WILSON ESQ.**<br>321 East Bay Street<br>Charleston, SC 29401<br><br>James D. Turrietta<br>**STACKHOUSE, NEXSEN & TURRIETTA PLLC**<br>4505 Colley Avenue<br>Norfolk, VA 23508 | *Counsel for Union Carbide Corporation, a subsidiary of The Dow Chemical Corporation* |

| | |
|---|---|
| Bruce T. Bishop<br>Kevin P. Greene<br>Michele B. Dallman<br>**WILCOX & SAVAGE, PC**<br>440 Monticello Avenue, Suite 2200<br>Norfolk, VA 23510 | *Counsel for United Technologies Corporation, individually and d/b/a PRATT & WHITNEY CO., INC., individually and d/b/a UTC AEROSPACE SYSTEMS* |

By: <u>     /s/ Erin E. Jewell, Esq.</u>
Erin E. Jewell, Esq. (VSB # 71082)
William W.C. Harty, Esq. (VSB # 45447)
Robert R. Hatten, Esq. (VSB # 12854)
Hugh B. McCormick, III, Esq. (VSB # 37513)
Gary M. DiMuzio, Esq. (*admitted pro hac vice*)
Jeannette M. Dodson-O'Connell (VSB# 92206)
Spencer Reiss, Esq. (VSB# 92475)
PATTEN, WORNOM, HATTEN & DIAMONSTEIN, L.C.
12350 Jefferson Avenue - Suite 300
Newport News, VA 23602
(757) 223-4500 Telephone
(757) 249-3242 Facsimile
ejewell@pwhd.com
pleadings@pwhd.com
*Counsel for Plaintiff*