IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

JAMES EDWARD MOORE,

    Plaintiff,

Case No. 4:17-cv-144

v.

CURTISS-WRIGHT CORPORATION, *et al*,

    Defendants.

### JOINT CASE STATUS REPORT AND NOTICE OF SETTLEMENT

COME NOW, Plaintiff, **JAMES EDWARD MOORE**, and Defendants **THE BOEING COMPANY, CURTISS-WRIGHT CORPORATION, DANA COMPANIES, LLC, HONEYWELL INTERNATIONAL INC., IMO INDUSTRIES, INC., UNION CARBIDE CORPORATION, AND UNITED TECHNOLOGIES CORPORATION**, (hereinafter, collectively, "the Parties") and, pursuant to this Court's Orders (ECF 198 and 200), provide the following joint status report and again notify the Court that the Plaintiff, and Defendants **THE BOEING COMPANY, CURTISS-WRIGHT CORPORATION, DANA COMPANIES, LLC, HONEYWELL INTERNATIONAL INC., IMO INDUSTRIES, INC., UNION CARBIDE CORPORATION, AND UNITED TECHNOLOGIES CORPORATION** have reached settlement agreements in this case.

This Court's Order (ECF 200) directed the Parties to file a joint status report advising the Court of the progress made in concluding settlement. The Parties engaged in settlement discussions in good faith, and have reached settlement agreements in this case, as previously indicated on the Joint Motion to Cancel Settlement Conference Scheduled for April 29, 2019 and Notice of Pending

Settlements (ECF 196) filed April 19, 2019 and Joint Status Report filed on May 21, 2019 (ECF 199). Since that time, the parties have been attempting to arrange the funding of the various settlements, and the status of each Defendant's payment is as follows:

1. **THE BOEING COMPANY** advises it anticipates its settlement funds will be paid on or near July 1, 2019;

2. **CURTISS-WRIGHT CORPORATION** funded its settlement payment on June 11, 2019, and the Joint Stipulation of Dismissal with Prejudice will be filed with the Court on or after June 25, 2019;

3. **DANA COMPANIES, LCC** advises that it anticipates its settlement funds will be paid on or near June 30, 2019;

4. **HONEYWELL INTERNATIONAL, INC.** funded its settlement on June 11, 2019, and the Joint Stipulation of Dismissal with Prejudice will be filed with the Court on or after June 25, 2019;

5. **IMO INDUSTRIES, INC.** funded its settlement on June 19, 2019 and and the Joint Stipulation of Dismissal with Prejudice will be filed with the Court on or after July 3, 2019;

6. **UNION CARBIDE CORPORATION** funded its settlement on May 24, 2019 and the Joint Stipulation of Dismissal with Prejudice was filed with the Court on June 10, 2019 (ECF 201); and

7. **UNITED TECHNOLOGIES CORPORATION** funded its settlement on June 13, 2019 and the Joint Stipulation of Dismissal will be filed with the Court on June 28, 2019.

In each instance, the Joint Stipulation of Dismissal is filed with the court ten (10) business days from the date on which the settlement funds are deposited in Plaintiff Counsel's client trust account. Ten (10) business days is the requisite amount of time that the funds must be deposited before they can be drawn out of the trust account. Each Defendant's payment schedule varies, but the Parties have made progress with payment with **THE BOEING COMPANY, CURTISS-WRIGHT CORPORATION, DANA COMPANIES, LLC HONEYWELL INTERNATIONAL INC., IMO INDUSTRIES, INC., UNION CARBIDE CORPORATION, AND UNITED TECHNOLOGIES CORPORATION.**

At this time, the Plaintiff and Defendants **THE BOEING COMPANY, CURTISS-WRIGHT CORPORATION, DANA COMPANIES, LLC, HONEYWELL INTERNATIONAL INC., IMO INDUSTRIES, INC., UNION CARBIDE CORPORATION, AND UNITED TECHNOLOGIES CORPORATION** jointly request a thirty (30) day extension in order for the remaining Defendants to fund their agreed upon settlements and to file the appropriate Joint Stipulations of Dismissal. The parties agree to submit an additional Joint Status Report in thirty (30) days in which they will hopefully report that all matters have been resolved, and all of the remaining defendants have been dismissed from this action.

In sum, (1) the Parties certify to this Court that they mutually request that the case continue to be stayed; (2) that good cause exists due to the Parties awaiting settlement payment from the remaining Defendants in this case; (3) that the remaining Stipulations of Dismissal will be filed with the Court as soon as the conditions of each individual settlement agreement has been met; and (4) that this Court should retain jurisdiction for the sole purpose of enforcing settlement if necessary.

*WE ASK FOR THIS:*

By:     */s/ Erin E. Jewell*
Erin E. Jewell, Esq. (VSB # 71082)
William W.C. Harty, Esq. (VSB # 45447)
Robert R. Hatten, Esq. (VSB # 12854)
Hugh B. McCormick, III, Esq. (VSB # 37513)
Gary M. DiMuzio, Esq. (*admitted pro hac vice*)
Jeannette M. Dodson-O'Connell (VSB# 92206)
Spencer Reiss, Esq. (VSB# 92475)
Samantha P. Graham, Esq. (VSB# 93529)
PATTEN, WORNOM, HATTEN &
DIAMONSTEIN, L.C.
12350 Jefferson Avenue - Suite 300
Newport News, VA 23602
(757) 223-4500 Telephone
(757) 249-3242 Facsimile
ejewell@pwhd.com
pleadings@pwhd.com
*Counsel for Plaintiff*


*SEEN AND CONSENTED AS TO DANA COMPANIES, LLC'S SETTLEMENT STATUS:*

By:     */s/ Thomas Radcliffe, Jr.*
Thomas Radcliffe, Jr., Esq.
David J. Quigg, Esq.
DEHAY & ELLISTON, LLP
36 S. Charles St., Suite 1400
Baltimore, MD 21201
DeHayVA@dehay.com
*Counsel for DCo LLC, f/k/a Dana Companies, LLC*

*SEEN AND CONSENTED AS TO HONEYWELL INTERNATIONAL, INC. AND CURTISS-WRIGHT CORPORATION'S SETTLEMENT STATUS*

By*:     /s/ Lynn K. Brugh, IV*
Lynn K. Brugh, IV
WILLIAMS MULLEN
Williams Mullen Center
200 South 10th Street, Suite 1600
Richmond, VA 23219
jbrugh@williamsmullen.com
*Counsel for Curtiss-Wright Corporation,*
*Honeywell International, Inc. (formerly*
*AlliedSignal, Inc. and Allied Corp.,*
*Successor in interest to Bendix Corp.)*

4

***SEEN AND CONSENTED AS TO UNION CARBIDE CORPORATION'S SETTLEMENT STATUS:***

By:   */s/ James D. Turrietta, Esq.*
James D. Turrietta, Esq.
STACKHOUSE, NEXSEN & TURRIETTA PLLC
4505 Colley Avenue
Norfolk, VA 23508
(757) 623-3555 Telephone
(757) 624-9245 Facsimile
dturrietta@sntlegal.com
*Counsel for Union Carbide Corporation*

*And*

By:   */s/ James G. Kennedy*
James G. Kennedy, Esq. (*admitted pro hac vice*)
Carl E. Pierce, II, Esq.
William P. Early, Esq.
PIERCE, HERNS, SLOAN & WILSON, LLC
The Blake House
321 East Bay Street
Charleston, SC 29401
jameskennedy@piercesloan.com
carlpierce@piercesloan.com
willearly@piercesloan.com
*Counsel for Union Carbide Corporation*

***SEEN AND CONSENTED AS TO THE BOEING COMPANY'S SETTLEMENT STATUS:***

By:   */s/ Eric G. Reeves*
Eric G. Reeves, Esq.
Martin A. Conn, Esq.
Lisa Moran McMurdo, Esq.
Mary Lou Roberts, Esq.
Brian J. Schneider, Esq.
MORAN, REEVES, & CONN, P.C.
100 Shockoe Slip, 4th Floor Richmond, VA 23219
mrc@moranreevesconn.com
ereeves@moranreevesconn.com
mconn@moranreevesconn.com
lmcmurdo@moranreevesconn.com
mroberts@moranreevesconn.com
bschneider@moranreevesconn.com
*The Boeing Company, Individually and as successor
In interest to McDonnell Douglas Corporation and
Boeing North American, Inc.*

***SEEN AND CONSENTED AS TO UNITED TECHNOLOGIES CORPORATION'S SETTLEMENT STATUS:***

By*: /s/ Kevin P. Greene*
Kevin P. Greene, Esq Bruce T. Bishop, Esq.
Michele Fanney Dallman, Esq.
WILLCOX & SAVAGE, P.C.
Wells Fargo Center
440 Monticello Avenue, Suite 2200
Norfolk, VA 23510
bbishop@wilsav.com
kgreene@wilsav.com
mdallman@wilsav.com
*Counsel for United Technologies Corporation*


***SEEN AND CONSENTED AS TO IMO INDUSTRIES' SETTLEMENT STATUS:***

By: */s/ Timothy S. Brunick*
Timothy S. Brunick, Esq.
Marilyn Harvey, Esq.
CLARKE, DOLPH, HULL & BRUNICK, PLC
5712 Cleveland St., Ste. 130
Virginia Beach, VA 23462
tbrunick@clarkedolph.com
mharvey@clarkedolph.com
*Counsel for IMO Industries, Inc.*

Case 4:17-cv-00144-AWA-LRL   Document 202   Filed 06/20/19   Page 7 of 8 PageID# 3853

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of June 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send notification of such filing (NEF) to the following:

| | |
|---|---|
| Lynn K. Brugh, IV<br>**WILLIAMS MULLEN** (Richmond)<br>200 South 10th Street<br>16th Floor<br>Richmond, VA 23219 | *Counsel for Curtiss-Wright Corporation, c/o The Corporation Trust Company*<br><br>*Counsel for Honeywell International, Inc.* |
| Richard Thomas Radcliffe, Jr.<br>**DEHAY & ELLISTON, LLP**<br>36 S. Charles Street, 13th Floor<br>Baltimore, MD 21201 | *Counsel for Dana Companies, LLC* |
| Brian J. Schneider<br>Eric G. Reeves<br>Martin A. Conn<br>Lisa M. McMurdo<br>Mary L. Roberts<br>**MORAN REEVES & CONN PC**<br>100 Shockoe Slip, 4th Floor<br>Richmond, VA 23219 | *Counsel for The Boeing Company, individually and as successor in interest to McDonnell Douglas Corporation and Boeing North America* |
| Timothy S. Brunick<br>Marilyn N. Harvey<br>**CLARKE, DOLPH, HULL & BRUNNICK PLC.**<br>5712 Cleveland Street, Suite 130<br>Virginia Beach, VA 23462 | *Counsel for IMO Industries, Inc., individually and as successor-in-interest, parent, alter ego, and equitable trustee to ADELL WIGGINS, ADEL FASTENERS, and WIGGINS CONNECTORS* |
| Bruce T. Bishop<br>Kevin P. Greene<br>Michele B. Dallman<br>**WILCOX & SAVAGE, PC**<br>440 Monticello Avenue, Suite 2200<br>Norfolk, VA 23510 | *Counsel for United Technologies Corporation, individually and d/b/a PRATT & WHITNEY CO., INC., Individually and d/b/a UTC AEROSPACE SYSTEMS* |

| | |
|---|---|
| James G. Kennedy, Esq. (*admitted pro hac vice*)<br>Carl E. Pierce, II, Esq.<br>William P. Early, Esq.<br>**PIERCE, HERNS, SLOAN & WILSON, LLC**<br>The Blake House<br>321 East Bay Street<br>Charleston, SC 29401<br><br>James D. Turrietta, Esq.<br>**STACKHOUSE, NEXSEN & TURRIETTA PLLC**<br>4505 Colley Avenue<br>Norfolk, VA 23508 | *Counsel for Union Carbide Corporation* |

By*:        /s/ Erin E. Jewell, Esq.*
Erin E. Jewell, Esq. (VSB # 71082)
William W.C. Harty, Esq. (VSB # 45447)
Robert R. Hatten, Esq. (VSB # 12854)
Hugh B. McCormick, III, Esq. (VSB # 37513)
Gary M. DiMuzio, Esq. (*admitted pro hac vice*)
PATTEN, WORNOM, HATTEN & DIAMONSTEIN, L.C.
12350 Jefferson Avenue - Suite 300
Newport News, VA 23602
(757) 223-4500 Telephone
(757) 249-3242 Facsimile
ejewell@pwhd.com
pleadings@pwhd.com
*Counsel for Plaintiff*