IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

JAMES EDWARD MOORE,

    Plaintiff,

v.                                          Civil Action No: 4:17cv144

CURTISS-WRIGHT CORPORATION *et al.*,

    Defendants.

## ORDER OF DISMISSAL

    The parties have reported to the Court that this action has settled. In response, the Court directed the parties to file a status report by May 22, 2019 indicating whether the settlement had been consummated. *See* ECF No. 198 (granting the Joint Motion to Cancel Settlement Conference).

    When that status report was filed subsequently, and therein the parties requested additional time to complete their responsibilities, the Court provided thirty days for the parties to file a Stipulation of Dismissal, or to report upon the settlement progress if a Stipulation of Dismissal has not been filed by that date. In this directive, the parties were ordered explicitly to show cause why the Court should not enter a dismissal order, if the parties failed to do so. *See* ECF No. 200.

    After attempting to enter a partial stipulation, the parties have sought another extension to finalize closure of the case. *See* ECF No. 202. Specifically, counsel represent that that they "mutually request that the case continue to be stayed" and that "that good cause exists due to the Parties awaiting settlement payment from the remaining Defendants in this case." *Id.* at 3.

    This Court concludes that good cause for further delaying the dismissal of this action has not been shown. Accordingly, this action is **DISMISSED**. This Court retains jurisdiction for the sole purpose of enforcing the parties' settlement, if necessary.

    **IT IS SO ORDERED.**

June 24, 2019                                    /s/
Date                                                Arenda Wright Allen
                                                         United States District Judge